UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUAN MARTINEZ OBLEA,

    Plaintiff,

v.

    Case No. 1:25-cv-1473

    Hon. Hala Y. Jarbou

KEVIN RAYCRAFT, et al.,

    Defendants.
_____/

## ORDER

Petitioner Juan Martinez Oblea initiated this action on November 17, 2025, by filing a counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) When Petitioner filed his petition, he was detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center (North Lake) in Baldwin, Lake County, Michigan.  In an order (ECF No. 3) entered on November 20, 2025, the Court directed Respondents to show cause, within three business days, why the writ should not be granted.  On November 24, 2025, before Respondents could file their response, Petitioner filed a "notice of mootness and motion to dismiss without prejudice." (ECF No. 4.)

In his motion, Petitioner represents that Respondents granted Petitioner parole and released him from ICE custody on November 24, 2025.  (*Id.*, PageID.18.) Petitioner states that he has achieved the relief sought in his § 2241 petition, rendering his challenge to his detention moot. (*Id.*, PageID.18–19.) Petitioner asks that the Court dismiss this action without prejudice.  (*Id.*, PageID.19.)

2

Accordingly,

**IT IS ORDERED** that Petitioner's "notice of mootness and motion to dismiss without prejudice" (ECF No. 4) is **GRANTED**.  Petitioner's § 2241 petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

A judgment will issue in accordance with this Order.


Dated: November 25, 2025          /s/ Hala Y. Jarbou
                                  HALA Y. JARBOU
                                  CHIEF UNITED STATES DISTRICT JUDGE