UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUAN MARTINEZ OBLEA,

    Plaintiff,

v.

    Case No. 1:25-cv-1473

    Hon. Hala Y. Jarbou

KEVIN RAYCRAFT, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the order entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE.**

Dated: November 25, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE